**ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
THEODORE H. ADKINSON, ESQ. (State Bar No. 167350)
tha@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA  90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendant and cross-claimant
J.B. HUNT TRANSPORT, INC.

*GRANTED*
*Judge Paul S. Grewal*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SEPHORA USA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J.B. HUNT TRANSPORTATION SERVICES, an Arkansas corporation; BDS TRANSPORT LLC, a Utah corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>_____<br>J.B. HUNT TRANSPORT, INC.,<br><br>　　　　Cross-Claimant,<br><br>　vs.<br><br>BDS TRANSPORT LLC,<br><br>　　　　Cross-Defendant.<br>_____ | **Case No. CV 12-3252 PSG**<br><br>**J.B. HUNT TRANSPORT, INC.'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>[L.R. 16-10]<br><br>TIME:　　　　2:00 p.m.<br>DATE:　　　　August 28, 2012<br>COURTROOM:　5<br><br>JUDGE: Hon. Paul Singh Grewal |

---

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

Under Local Rule 16-10, defendant and cross-claimant J.B. Hunt Transport, Inc. ("J.B. Hunt") respectfully requests the Court's permission to appear by CourtCall at the Case Management Conference of August 28, 2012. J.B. Hunt's undersigned counsel's office is in Long Beach and he wishes to avoid the costs of attending the aforementioned conference.

Dated: August 6, 2012                **ROBERTS & KEHAGIARAS LLP**

                                     By: **/S/ – Andrew D. Kehagiaras**
                                     Attorneys for defendant and
                                     cross-claimant J.B. HUNT
                                     TRANSPORT, INC.

**ROBERTS & KEHAGIARAS LLP**
www.tradeandcargo.com