GREGG S. GARFINKEL (156632)
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
(818) 788-9500 \ (818)501-0328 Fax
e-mail:    ggarfinkel@nemecek-cole.com

Attorneys for Defendant
BDS TRANSPORT, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPHORA USA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.B. HUNT TRANSPORT SERVICES, an Arkansas corporation; BDS TRANSPORT, LLC, a Utah corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: CV12-03252 PSG<br>ORDER GRANTING<br>**DEFENDANT BDS TRANSPORT, LLC'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>[L.R. 16-10]<br><br>TIME:　　2:00 p.m.<br>Date:　　August 28, 2012<br>Courtroom:　5 |

1

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

Under Local Rule 16-10, defendant BDS TRANSPORT, LLC respectfully requests the Court's permission to appear by CourtCall at the Case Management Conference of August 28, 2012. BDS TRANSPORT, LLC's undersigned counsel's office is located in Sherman Oaks and wishes to avoid the costs of attending the aforementioned conference.

Dated: August 13, 2012                    NEMECEK & COLE

By: /s/ Gregg S. Garfinkel
GREGG S. GARFINKEL
Attorneys for Attorneys for
Defendant BDS TRANSPORT, LLC

IT IS SO ORDERED.
8/20/2012

Paul S. Grewal
U.S. Magistrate Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403.

On August 13, 2012, I served the document described as **Defendant BDS Transport, LLC's Notice of Request to Appear by Telephone at Case Management Conference** on the interested parties in this action in sealed envelopes addressed as follows:

| | |
|---|---|
| Adam D. Brown<br>Andrea R. Shearer<br>Hill Rivkins Brown & Associates<br>11140 Fair Oaks Boulevard<br>Suite 100<br>Fair Oaks, CA 95628<br>Tel: (916) 535-0263<br>Fax: (916) 535-0268<br>adam@brnlaw.com | **Andrew D. Kehagiaras**<br>Roberts & Kehagiaras LLP<br>One World Trade Center, Suite 2350<br>Long Beach, CA 90831<br>(310) 642-9800<br>Fax: (310) 868-2923<br>Email: adk@tradeandcargo.com |

__ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

__ **(By Overnight Delivery)** I deposited this document in the box or other facility located at 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403 regularly maintained by Overnite Express/Federal Express, in an envelope designated by Overnite Express/Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

_x_ **(To Be Served By The Court Via Notice of Electronic Filing ("NEF")** Pursuant to controlling General Order(s) and Federal Rule(s) ("FR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 13, 2012, I checked the CM/ECF docket for this district case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following email address(es): adam@brnlaw.com

__ **(By Personal Service)** I caused the delivery of such envelope by hand to the offices of the addressee.

Executed on August 13, 2012, Sherman Oaks, California.

__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Michelle Shapiro*
MICHELLE SHAPIRO