1  ADAM C. BROWN (SBN 161951)
   ANDREA R. SHEARER (SBN 265421)
2  **HILL RIVKINS BROWN & ASSOCIATES**
   **A Professional Law Corporation**
3  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
4  Telephone: (916) 535-0263
   Facsimile: (916) 535-0268
5
   Attorneys for Plaintiff,
6  SEPHORA USA, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  SEPHORA USA, INC., a Delaware           ) Case No. CV12-03252 PGS
    corporation,                            ) ORDER GRANTING
13                                          ) **SEPHORA USA, INC.'S REQUEST TO**
                  Plaintiff,                ) **APPEAR TELEPHONICALLY AT THE**
14                                          ) **CASE MANAGEMENT CONFERENCE**
          vs.                               )
15                                          ) **Date:       August 28, 2012**
    J.B. Hunt Transport Services, an Arkansas ) **Time:       2:00 p.m.**
16  corporation; BDS Transport LLC, a Utah  ) **Courtroom:  5**
    corporation; and DOES 1-10, inclusive,  ) **Judge:      Honorable Paul Singh Grewal**
17                                          )
                  Defendant.                )
18  _____)

19

20

21

22

23

24

25

26

27

28

---
1
REQUEST TO APPEAR TELEPHONICALLY

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2      Under Local Rule 16-1-, plaintiff Sephora USA, Inc. ("Sephora") respectfully requests

3  the Court's permission to appear by CourtCall at the August 28, 2012 Case Management

4  Conference.  Sephora's undersigned counsel's office is more than 100 miles from the Courthouse

5  and wishes to avoid the costs of attending the aforementioned conference.

6

7  Date:  August 10, 2012                    HILL RIVKINS BROWN & ASSOCIATES
8                                             A Professional Law Corporation

9
10                                            By:  /s/ Andrea R. Shearer
11                                                ANDREA R. SHEARER
                                               Attorneys for Plaintiff
12                                                SEPHORA USA, INC.

13

14 IT IS SO ORDERED.
   8/23/2012                                          Paul S. Grewal
15                                                U.S. Magistrate Judge

16
17
18
19
20
21
22
23
24
25
26
27
28