1  ADAM C. BROWN (SBN 161951)
   ANDREA R. SHEARER (SBN 265421)
2  **HILL RIVKINS BROWN & ASSOCIATES**
   **A Professional Law Corporation**
3  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
4  Telephone: (916) 535-0263
   Facsimile: (916) 535-0268
5
   Attorneys for Plaintiff,
6  SEPHORA USA, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 SEPHORA USA, INC., a Delaware            ) Case No. CV12-03252 PGS
   corporation,                             ) ORDER GRANTING
13                                          ) **SEPHORA USA, INC.'S REQUEST TO**
                    Plaintiff,              ) **APPEAR TELEPHONICALLY AT THE**
14                                          ) **CASE MANAGEMENT CONFERENCE**
         vs.                                )
15                                          ) **Date:      August 28, 2012**
   J.B. Hunt Transport Services, an Arkansas ) **Time:      2:00 p.m.**
16 corporation; BDS Transport LLC, a Utah   ) **Courtroom: 5**
   corporation; and DOES 1-10, inclusive,   ) **Judge:     Honorable Paul Singh Grewal**
17                                          )
                    Defendant.              )
18 _____ )

19

20

21

22

23

24

25

26

27

28

---

1

REQUEST TO APPEAR TELEPHONICALLY

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2     Under Local Rule 16-1-, plaintiff Sephora USA, Inc. ("Sephora") respectfully requests
3  the Court's permission to appear by CourtCall at the August 28, 2012 Case Management
4  Conference.  Sephora's undersigned counsel's office is more than 100 miles from the Courthouse
5  and wishes to avoid the costs of attending the aforementioned conference.

7  Date: August 10, 2012

    HILL RIVKINS BROWN & ASSOCIATES
    A Professional Law Corporation

    By:   /s/ Andrea R. Shearer
        ANDREA R. SHEARER
        Attorneys for Plaintiff
        SEPHORA USA, INC.

14  IT IS SO ORDERED.
15  8/23/2012

    Paul S. Grewal
    U.S. Magistrate Judge