1  GREGG S. GARFINKEL (156632)
2  NEMECEK & COLE
   A Professional Corporation
3  15260 Ventura Boulevard, Suite 920
   Sherman Oaks, California 91403-5399
4  (818) 788-9500 \ (818) 501-0328 Fax
5  e-mail:      ggarfinkel@nemecek-cole.com
6
7  Attorneys for Defendant
   BDS TRANSPORT, LLC
8
9
10             UNITED STATES DISTRICT COURT
11           NORTHERN DISTRICT OF CALIFORNIA
12
13  SEPHORA USA, INC., a Delaware        )  Case No.: CV12-03252 PSG
    corporation,                         )
14                                       )  [PROPOSED] ORDER RE:
                   Plaintiff,            )  REQUEST TO APPEAR
15                                       )  TELEPHONICALLY FOR THE
            v.                           )  HEARING ON THE MOTION FOR
16                                       )  SUMMARY JUDGMENT
    J.B. HUNT TRANSPORT                  )  SCHEDULED FOR MAY 21, 2013
17  SERVICES, INC., an Arkansas          )  AT 10:00 A.M.
    corporation; BDS TRANSPORT,          )
18  LLC, a Utah corporation; and DOES    )  Time:        10:00 a.m.
    1-10, inclusive,                     )  Date:        May 21, 2013
19                                       )  Courtroom:   5
                   Defendants.           )
20  ─────────────────────────────        )  Judge: Hon. Paul Singh Grewal
21
22
23
24
25
26
27
28

                              1

2487004P.8rtcpo.wpd

NEMECEK & COLE
A PROFESSIONAL CORPORATION
15260 VENTURA BOULEVARD, SUITE 920, SHERMAN OAKS, CALIFORNIA 91403-5344
TELEPHONE (818) 788-9500  FACSIMILE (818) 501-0328

1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     Defendant BDS Transport, LLC's ("Defendant BDS") request to appear

3 | telephonically for the hearing on the Motion for Summary Judgment scheduled

4 | for May 21, 2013 at 10:00 a.m. in Courtroom 5 is hereby **GRANTED**.

5 |

6 | Dated: May 28, 2013

7 |                 HON. PAUL SINGH GREWAL

8 |                 United States District Court Judge
                      Magistrate

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEMECEK & COLE
A PROFESSIONAL CORPORATION
15260 VENTURA BOULEVARD, SUITE 920, SHERMAN OAKS, CALIFORNIA 91403-5344
TELEPHONE (818) 788-9500  FACSIMILE (818) 501-0328

2487004P.8rtcpo.wpd

**[PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY**