GREGG S. GARFINKEL (156632)
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
(818) 788-9500 \ (818) 501-0328 Fax
e-mail: ggarfinkel@nemecek-cole.com

Attorneys for Defendant
BDS TRANSPORT, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPHORA USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC., an Arkansas corporation; BDS TRANSPORT, LLC, a Utah corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV12-03252 PSG<br><br>[PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY FOR THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT SCHEDULED FOR MAY 21, 2013 AT 10:00 A.M.<br><br>Time: 10:00 a.m.<br>Date: May 21, 2013<br>Courtroom: 5<br><br>Judge: Hon. Paul Singh Grewal |

1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     Defendant BDS Transport, LLC's ("Defendant BDS") request to appear
3  telephonically for the hearing on the Motion for Summary Judgment scheduled
4  for May 21, 2013 at 10:00 a.m. in Courtroom 5 is hereby **GRANTED**.

6  Dated: May 28, 2013

   HON. PAUL SINGH GREWAL
   United States ~~District Court~~ Judge
   Magistrate

[PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY