ADAM C. BROWN (SBN 161951)
ANDREA R. SHEARER (SBN 265421)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone:  (916) 535-0263
Facsimile:  (916) 535-0268

Attorneys for Plaintiff,
SEPHORA USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEPHORA USA, INC., a Delaware corporation, | Case No. CV12-03252 PSG |
| Plaintiff, | **STIPULATION RE: TRIAL DATE AND OTHER CORRESPONDING DATES** |
| vs. | |
| J.B. Hunt Transportation Services, an Arkansas corporation; BDS Transport LLC, a Utah corporation; and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

TO THE HONORABLE COURT:

   Plaintiff Sephora USA, Inc. ("Sephora"), Defendant and Cross-Claimant J.B. Hunt Transport, Inc. ("JBHT") and Defendant and Cross-Defendant BDS Transport LLC, through their undersigned counsel, respectfully request the Court to order the all dates and deadlines as set forth with this stipulation. This stipulation is in good faith and in the interest of the Court's and the parties' conservation of time and expense.

1  The parties respectfully submit that good cause exists for their request.  On October 22,
2  2013, the Court held a status conference in which it instructed the Parties to submit a stipulation
3  proposing a trial date and other corresponding dates.
4  As there are no dates presently set, the proposed dates and deadlines in the action are as
5  follows:

| EVENT | PROPOSED DATE |
|---|---|
| Fact Discovery Cutoff | January 31, 2014 |
| Designation of Opening Experts | February 3, 2014 |
| Designation of Rebuttal Experts | February 17, 2014 |
| Expert Discovery Cutoff | March 3, 2014 |
| Last Day for Hearing of Dispositive Motions | February 10, 2014 |
| Final Pretrial Conference | April 4, 2014 |
| Trial | April 7, 2014 |

14  The dates above have been requested to allow for settlement discussions as well as out of
15  state depositions and to accommodate counsels' trial calendars.

Date:  October 24, 2013

HILL RIVKINS BROWN & ASSOCIATES
A Professional Law Corporation


By:  /s/ Andrea R. Shearer
ANDREA R. SHEARER
Attorneys for Plaintiff
SEPHORA USA, INC.


Date:  October 24, 2013

ROBERTS & KEHAGIARAS LLP


By:  /s/ Andrew D. Kehagiaras
ANDREW D. KEHAGIARAS
Attorneys for Defendant and Cross-
Claimant J.B. Hunt Transport, Inc.

1 | Date:  October 24, 2013

NEMECEK & COLE

By:   /s/ Gregg S. Garfinkel
GREGG S. GARFINKEL
Attorneys for Defendant and Cross-Defendant BDS Transport LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: <u>October 25, 2013</u>

*[signature: Paul S. Grewal]*

Hon. Paul Singh Grewal
U.S. Magistrate Judge